## Commonwealth ex rel. Warren, Appellant, *v.* Myers.

Submitted June 14, 1965. *Clarence Warren*, appellant, in propria persona; *Ted E. Freedman* and *Joseph M. Smith*, Assistant Dis-

718

trict Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

### Commonwealth ex rel. Watson, Appellant, *v.* Myers.

Submitted June 14, 1965. *Robert Watson,* appellant, in propria persona; *Morton E. Frankel* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.